**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | |
|---|---|
| IN RE:<br><br>LISA MARIE STANLEY<br><br>Debtor, | Chapter 13<br><br>Case No. 25-14900 |

**REQUEST OF CREDITOR SAVAGE MILL, LLLP, FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P 2002(g)**

PLEASE TAKE NOTICE that Max A. Winer, as authorized agent for creditor Savage Mill, LLLP, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., that all notices given or required to be given, and all papers served or required to be served in this case, also given to and served, whether electronically or otherwise, on:

Savage Mill, LLLP
c/o: Max A. Winer
8373 Piney Orchard Pkwy
Suite 102
Odenton, MD 21113
Phone: (443)-994-7308
Email: max@maxwiner.com

Respectfully submitted,

/s/ Max A. Winer ,
Max A. Winer
8373 Piney Orchard Pkwy
Suite 102
Odenton, MD 21113
Phone: (443)-994-7308
Email: max@maxwiner.com

*Authorized Agent for Savage Mill, LLLP.*