**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **In re: LISA MARIE STANLEY** | ) | |
| | ) | |
| | ) | |
| Debtor | ) | Case No. 25-149000 |
| | ) | Chapter 13 |
| | ) | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance on behalf of Army Navy Country Club, a creditor to the Debtor in this matter, and requests that it be placed on all general and special and/or limited mailing matrices in this case, and that pursuant to 11 U.S.C. Sections 102(1), 342 and 1109(b) and Bankruptcy Rules 2002, 4001, 9007 and 9010, all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned counsel at the address set forth as follows:

Howard S. Stevens
Pascale Stevens, LLC
2700 Lighthouse Point E.
Suite 500
Baltimore, Maryland 21224
Ph. (443) 863-5758
Fax (433) 863-5751
Email: hstevens@pascalestevens.com

PLEASE TAKE FURTHER NOTICE that the foregoing request is for not only notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, order, petition, request, complaint, or hearing dates, whether formal or informal, written or oral, and whether transmitted by mail, hand delivery, telecopy, electronically, or otherwise, which affects the debtor or property of the debtor.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive Army Navy Country Club's: (i) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge, (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related to these cases, (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, at law or in equity, all of which are expressly

reserved, (v) any election of remedy, or (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice.

Dated: July 30, 2025

Respectfully submitted,
*/s/ Howard S. Stevens*
Howard S. Stevens Md. Fed. Bar No. 25587

PASCALE STEVENS, LLC
2700 Lighthouse Point East
Suite 500
Baltimore, Maryland 21224
Ph. (443) 863-5758
Fax (433) 863-5751
Email: hstevens@pascalestevens.com