UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br><br>Lisa Marie Stanley<br><br>DEBTOR | Case No. 25-14900-DER<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE and enter the appearance of the law firm of Remus, Weddle & Cavenee, LLC, and specifically Charles E. Remus II, Esq. (Bar No. 11691) and Bridget A. Nolen, Esq. (Bar No. 31088), as counsel for Creditors Nicholas Cagliuso and Jeannine Caglisuo. Furthermore, Creditors Nicholas Caglisuo and Jeannine Cagliuso request that they be placed on all general and special and/or limited mailing matrices in this case, and that pursuant to 11 U.S.C. Sections 102(1), 342 and 1109(b) and Bankruptcy Rules 2002, 4001, 9007 and 9010, all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned counsel at the address set forth as follows:

Charles E. Remus II, Esq.
Bridget A. Nolen, Esq.
Remus, Weddle & Cavenee, LLC
18 W. Church Street
Frederick, MD 21701
301-206-5770 (office)
301-206-5771 (fax)
cremus@rwclawyers.com
bnolen@rcwlawyers.com

PLEASE TAKE FURTHER NOTICE that the foregoing request is for not only notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, order, petition, request, complaint, or hearing dates, whether formal or informal, written or oral, and whether transmitted by mail, hand delivery, telecopy, electronically, or otherwise, which affects the debtor or property of the debtor.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive Creditors Nicholas Cagliuso's and Jeannine Cagliuso's: (i) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge, (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related to these cases, (iii) right to have the reference withdrawn by the United States District Court in

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, at law or in equity, all of which are expressly reserved, (v) any election of remedy, or (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice.

Respectfully submitted,

/s/ Charles E. Remus II

Charles E. Remus II, Esq. (Bar No. 11691)
Bridget A. Nolen, Esq. (Bar No. 31088)
Remus, Weddle & Cavenee, LLC
18 W. Church Street
Frederick, MD 21701
301-206-5770 (office)
301-206-5771 (fax)
cremus@rwclawyers.com
bnolen@rcwlawyers.com
*Counsel for Creditors Nicholas*
*And Jeannine Cagliuso*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2025, a copy of the foregoing was served, via electronic filing, upon the following:

Richard J. Hackerman, Esq.
3635 Old Court Road, Suite 208
Baltimore, MD 21208
410-243-8800 (office)
410-630-7232 (fax)
richard@richardhackerman.com
*Counsel for Defendant*

/s/ Charles E. Remus II
Charles E. Remus II, Esq. (Bar No. 11691)