IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In re: : |  |
| : |  |
| LISA MARIE STANLEY : | Case No. 25-14900 |
| : | Chapter 13 |
| Debtor. : |  |
| : |  |

### MOTION TO SELL REAL PROPERTY KNOWN AS 8976 CROSSHIVE COURT COLUMBIA, MD 21045 FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES

NOW COMES the Debtor, Lisa Marie Stanley, by her attorney, Richard J. Hackerman and pursuant to 11 U.S.C. 363 (b)(1) and 11 U.S.C. 1303, respectfully requests the Court for authority to sell the real property and improvements known as 8976 Crosshive Court, Columbia, MD 21045, free and clear of all liens and encumbrances, and as grounds therefore respectfully represents that:

1. This action is brought by Lisa Marie Stanley, Debtor, in the above-captioned proceeding, to obtain this Court's permission for the sale of her interest in real property free and clear of liens.

2. This Court has exclusive jurisdiction over the property in question under 28 U.S.C. Sec. 1334. This is a core matter.

3. The Debtor and her husband own as joint tenants own the real property at 8976 Crosshive Court, Columbia, MD 21045 (hereinafter referred to as the "Property"). The Debtor's husband has agreed with the Debtor to purchase the Debtor's interest in the property. The deed to the property is attached as Exhibit 1.

4. The Debtor desires to complete the sale of the Property. The Property has an appraised value of $430,000.00. A copy of the appraisal is attached as Exhibit 2.

5. There is a mortgage on the property with an approximate principal balance of $292,000.00 due as of the date of the filing of this case.

6. The Debtor's husband and the Debtor have agreed that the sale price of the property shall be the Debtor's net equity in the property as of the date of filing, i.e, $430,000.00 less the current mortgage amount divided in two. It is not anticipated that the Debtor and her husband's mortgage will be paid off, merely that said property shall remain subject to the present mortgage encumbering the property.

7. The Debtor estimates that the sale will yield approximately $69,000.00.

8. The Debtor is the subject of a criminal proceeding in United States District Court for the Eastern District of Virginia to which she has pleaded guilty. Many if not all of the larger creditors in this case are victims in the criminal case and will presumably be beneficiaries of an order of restitution that is anticipated to be entered in that case.

9. The Debtor is requesting that the net funds from this transaction be forwarded unto the Chapter 13 Trustee for further distribution towards the restitution amounts due to creditors in the criminal case referenced above.

10. The Debtor is anticipating that after the transaction referenced herein is concluded, that this case will be dismissed.

WHEREFORE the Debtor prays that this Court:

A. Enter an Order permitting the Debtor to complete the sale of 8976 Crosshive Court, Columbia, MD 21045 free and clear of liens as set forth herein.

B. And for any other relief as may be requisite.

Respectfully Submitted,

/s/ Richard J. Hackerman
Richard J. Hackerman, P.C.
Attorney for Debtor
3635 Old Court Road, Suite 208
Baltimore, MD 21208
410.243.8800
410.630.7232 (fax)
Richard@richardhackerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 8th day of October 2025, that, according to the Court's CM/ECF records electronic notice, a copy of the foregoing motion to sell real property free and clear of all liens and encumbrances with Exhibits (the "Motion"), the Notice of Proposed Sale free and clear of liens and encumbrances, and proposed Order, were served on

Brian Tucci, Ch. 13 Trustee, ECF@ch13balt.com,

and

Attached Creditor Matrix

Respectfully Submitted,

/s/ Richard J. Hackerman
Richard J. Hackerman, P.C.
Attorney for Debtor
3635 Old Court Road, Suite 208
Baltimore, MD 21208
410.243.8800
410.630.7232 (fax)
Richard@richardhackerman.com