**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| In re: : | |
| : | |
| LISA MARIE STANLEY : | Case No. 25-14900 |
| : | Chapter 13 |
| Debtor. : | |
| : | |

**NOTICE OF MOTION TO SELL REAL PROPERTY KNOWN AS 8976 CROSSHIVE COURT COLUMBIA, MD 21045 FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES**

NOTICE OF DEBTOR'S MOTION TO SELL FREE AND CLEAR OF LIENS
PURSUANT TO 28 U.S.C. § 1334 AND HEARING THEREON

 A motion was filed on behalf of the debtor(s) to sell property free and clear of liens. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one. A copy of the motion is attached.

 If you do not want the court to grant the motion to sell, or if you want the court to consider your views on the motion, then by October 29, 2025, you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

> Richard J. Hackerman
> 3635 Old Court Road, Suite 208
> Baltimore, MD 21208

 If you mail, rather than deliver your response to the Clerk of the Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

 If you file a timely response to the motion, the hearing on the motion will take place on November 13, 2025 at 2:00 pm, in Courtroom 9-D, United States Bankruptcy Court located at 101 W. Lombard Street, Baltimore, MD 21201.

 If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the

motion before the scheduled hearing date.

Date: October 8, 2025

/s/ Richard J. Hackerman
Richard J. Hackerman, P.C.
Attorney for Debtor
3635 Old Court Road, Suite 208
Baltimore, MD 21208
410.243.8800
410.630.7232 (fax)
Richard@richardhackerman.com