**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| In re: : | |
| : | |
| LISA MARIE STANLEY : | Case No. 25-14900 |
| : | Chapter 13 |
| Debtor. : | |
| : | |

ORDER APPROVING SALE

Having considered debtor's motion, and any response filed thereto, and it appearing that proper notice has been given, it is by the United States Bankruptcy Court for the District of Maryland, it is hereby

**ORDERED**, that Debtor and Debtor's Counsel of Record in this case shall serve a copy of this Order upon the Settlement Officer conducting settlement of the sale, prior to settlement; and it is further

**ORDERED**, that the Debtor is authorized to sell the property known as 8976 Crosshive Court, Columbia, MD 21045 under the conditions of this Order; and it is further

**ORDERED,** that all debts secured by valid liens upon the property shall be paid at settlement, except the open mortgage to Truist Bank, to which the property will remain subject to said lien.

**ORDERED,** that the proceeds of the sale, if any, after payment of costs of closing and all debts secured by present liens upon the property as set forth herein, the Settlement Officer must remit directly to the Chapter 13 Trustee.

**END OF ORDER**

cc: Trustee
    Respondent
    Debtors' Attorney
    Debtors