| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 25-14900<br>District of Maryland<br>Baltimore<br>Wed Oct  8 16:32:23 EDT 2025 | American Express National Bank<br>c/o Zwicker & Assoicates, P.C.<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Analygence, Inc.<br>6811 Benjamin Franklin Drive<br>Suite 170<br>Columbia, MD 21046-3471 |
| Army Navy Country Club<br>1700 Army Navy Drive<br>Arlington, VA 22202-1640 | US Trustee - Baltimore 11<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 |
| Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Alfredo  Antezana<br>11757 Lake Potomac Drive<br>Potomac, MD 20854-1224 | Alfredo Antezana<br>c/o Bizhan Beiramee, Esq.<br>Beiramee Law Group, P.C.<br>7508 Wisconsin Ave, 2nd FL<br>Bethesda, MD 20814-3561 |
| Ally Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Ally Credit Card/cws<br>Po Box 9222<br>Old Bethpage, NY 11804-9222 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| American Express National Bank<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road, P.O. Box 9043<br>Andover, MA 01810-0943 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981535<br>El Paso, TX 79998-1535 | Analygence, Inc<br>8115 Maple Lawn Blvd Suite 110<br>Fulton, MD 20759-2681 |
| Analygence, Inc<br>c\o Seth W. Diamond<br>Shulman Rogers, PA<br>12505 Park Potomac Avenue, Sixth Floor<br>Potomac, Maryland 20854-6801 | BGE<br>p.o. bOX 13070<br>Philadelphia, PA 19101-3070 | Barclays<br>Attn: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Bizhan Beiramee<br>7508 Wisconsin Ave 2nd Floor<br>Bethesda, MD 20814-3561 | Bridget Ann Nolen<br>18 W Church St.<br>Frederick, MD 21701-5455 |
| Bryan Kendall Short<br>800 Connecticut Ave NW<br>#300<br>Washington, DC 20006-2763 | (p)STATE OF MARYLAND CENTRAL COLLECTION UNIT<br>ATTN OFFICE OF THE ATTORNEY GENERAL<br>300 W PRESTON ST RM 407<br>BALTIMORE MD 21201-2309 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One, N.A., successor by merger to Di<br>PO Box 3025<br>New Albany, OH  43054-3025 | Capitalone<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |

| | | |
|---|---|---|
| Cbna<br>Attn: Bankruptcy<br>one Tallman Road<br>Canton, NY 13617-3604 | Cbna<br>Attn: Centralized Bankruptcy/Citicorp<br>Po Box 790034<br>St Louis, MO 63179-0034 | Charles Edward Remus II<br>18 West Church Street 2nd Floor<br>Frederick, MD 21701-5455 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790046<br>St Louis, MO 63179-0046 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| Comenity Bank/Ann Taylor<br>Attn: Bankruptcy Department<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Catherines<br>Attn: Bankruptcy Department<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Express<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Maurices<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Pier 1<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Pottery Barn<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Talbots<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Torrid<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Wayfair<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/William & Sonoma<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Z Gallerie<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bk/Ulta<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Capital/IKEA<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital/JJIlls<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity/Sephora<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenitybank/New York<br>Attn:  Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitybank/Onetop<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitybank/West Elm<br>Attn:  Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenitycapital/balrd<br>Attn: Bankruptcy<br>Pob 182125<br>Columbus, OH 43218-2125 | Comenitycapital/build<br>Attn: Bankruptcy<br>Pob 182125<br>Columbus, OH 43218-2125 | Comenitycapital/sakscc<br>Po Box 182120<br>Columbus, OH 43218-2120 |

Comptroller of Maryland
10 Carroll Drive
Annapolis, MD 21403-3806

Dillards/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Donna Parks-Wilmer
8373 Piney Orchard Pkwy
#102
Odenton, MD 21113-1580

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

First Digital Card
Attn: Bankruptcy
Po Box 85650
Sioux Falls, SD 57118-5650

First Electronic Bank
Attn: Bankruptcy
Po Box 521271
Salt Lake City, UT 84152-1271

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Geraldine Barrientos
6516 Marywood Road
Bethesda, MD 20817-2202

Howard S. Stevens
Pascale Stevens, LLC
2700 Lighthouse Point E.
Suite 500
Baltimore, Maryland 21224-4795

Howard Stevens
2700 Lighthouse Point East Suite 500
Baltimore, MD 21224-4795

Hugh M. Bernstein
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201-2668

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 16226
Philadelphia, PA 19114-0226

Jeannine Cagliuso
15613 Linden Grove Lane
Woodbine, MD 21797-7923

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377-4500

Kohl's
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

Kristen Elizabeth Draper
12505 Park Potomac Ave
6th Floor
Potomac, MD 20854-6803

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908-4064

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

(p)MDOT MVA
6601 RITCHIE HIGHWAY
GLEN BURNIE MD 21062-1000

Navient
Po Box 9655
Wilkes Barre, PA 18773-9655

Nicholas Cagliuso
15613 Linden Grove Lane
Woodbine, MD 21797-7923

Nordstrom Signature Visa
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155-6555

| | | |
|---|---|---|
| Nordstrom, Inc<br>Jefferson Capital Systems LLC Assignee<br>PO Box 7999<br>St. Cloud, MN 56302-7999 | Nymeo Fcu<br>5210 Chairmans Court<br>Frederick, MD 21703-2868 | OnPath Federal CU<br>Attn: Bankruptcy Dept.<br>3076 Lancaster Drive Ne<br>Salem, OR 97305-1396 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)PROSPER MARKETPLACE INC<br>221 MAIN STREET STE 300<br>SAN FRANCISCO CA 94105-1909 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rebecca Antezana<br>11757 Lake Potomac Drive<br>Potomac, MD 20854-1224 | Rebecca Antezana<br>c/o Bizhan Beiramee, Esq.<br>Beiramee Law Group, P.C.<br>7508 Wisconsin Ave, 2nd FL<br>Bethesda, MD 20814-3561 |
| Savage Mill, LLLP<br>8600 Foundry Street<br>Savage, MD 20763-9513 | Savage Mill, LLLP<br>c/o: Max A. Winer<br>8373 Piney Orchard Pkwy<br>Suite 102<br>Odenton, MD 21113-1580 | (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 |
| Syncb/Crate & Barrel<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Walgreens<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Syncb/athleta Dc<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/jcrew<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 | Syncb/walmart<br>Po Box 71746<br>Philadelphia, PA 19176-1746 |
| Syncb/zulily<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy<br>Pob 965064<br>Orlando, FL 32896-5064 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/At Home CC<br>Synchrony Bank, Attn: Bankruptcy Dept.<br>P.O. Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Banana Republic<br>Attn: Bankruptcy Dept<br>P.O. Box 965065<br>Orlando, FL 32896-5065 |
| Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/QVC<br>Attn: Bankruptcy<br>Po Box 965065<br>Orlando, FL 32896-5065 |
| Synchrony Bank/TJX<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony/American Eagle<br>Sttn: Bankruptcy<br>Po Box 965065<br>Orlando, FL 32896-5065 | Synchrony/Ashley Furniture Homestore<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| (p)TD BANK USA N A<br>C/O WEINSTEIN & RILEY P S<br>749 GATEWAY STE G601<br>ABILENE TX 79602-1196 | Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 | Truist Bank<br>Po Box 849<br>Wilson, NC 27894-0849 |
| Truist Bank<br>Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Truist Financial<br>Attn: Bankruptcy<br>214 N Tryon St Ste 3<br>Charlotte, NC 28202-1023 | Us Bk Cacs<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 |
| ez pass<br>6601 ritchie highway<br>Glen Burnie, MD 21062-1000 | ez pass<br>p.o. box 5100<br>Baltimore, MD 21224-0100 | Brian A. Tucci<br>Brian A. Tucci, Chapter 13 Trustee<br>P.O. Box 1110<br>Millersville, MD 21108-4110 |
| Jeannine Caglisuo<br>1 Emerald Woods<br>Tarrytown, NY 10591-6235 | Lisa Marie Stanley<br>8976 Cross Hive Court<br>Columbia, MD 21045-2916 | Nicholas Cagliuso<br>1 Emerald Woods<br>Tarrytown, NY 10591-6235 |
| Richard J Hackerman<br>Richard J. Hackerman, P.A.<br>3635 Old Court Road<br>Ste #208<br>Baltimore, MD 21208-3906 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CENTRAL COLLECTIONS UNIT<br>STATE OF MARYLAND<br>300 WEST PRESTON STREET<br>FIFTH FLOOR<br>Baltimore, MD 21201 | COMPTROLLER OF THE TREASURY<br>301 WEST PRESTON STREET<br>ROOM 409<br>Baltimore, MD 21201 | Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Sherman Oaks, CA 91411 |
| Citizens Bank<br>Attention: Bankruptcy<br>1 Citizens Plaza<br>Providence, RI 02903 | (d)Citizens Bank N.A.<br>One Citizens Bank Way<br>Johnston, RI 02919<br>Mailstop JCA 115 | Dsnb Bloomingdales<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES<br>31 HOPKINS PLAZA ROOM 1140<br>Baltimore, MD 21201 | Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | M & T Bank<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240 |
| (d)Macy's/ DSNB<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | Motor Vehicle Administration<br>6601 Ritchie Highway, NE<br>Glen Burnie, MD 21062 | (d)Office of the Comptroller of Maryland<br>Bankruptcy Unit<br>7 St. Paul Street - Suite 230<br>Baltimore, MD 21202 |

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | Prosper Funding, Llc<br>Attn: Bankruptcy Dept<br>221 Main Street, Ste 300<br>San Francisco, CA 94105 |
| Spring Oaks Capital SPV, LLC<br>PO BOX 1216<br>CHESAPEAKE, VA 23327-1216 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, PS<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Savage Mill, LLLP<br>8373 Piney Orchard Pkwy<br>Suite 102<br>Odenton | (d)Army Navy Country Club<br>1700 Army Navy Drive<br>Arlington, VA 22202-1640 | (u)Best Egg/cross River B |

End of Label Matrix
Mailable recipients   132
Bypassed recipients     3
Total                 135