4/11/2018 1:04:56 PM  Csh 0028  Reg 0047
T/Ref 0047103289 Grp 000001 R/Lne 000001
01 - Main Location
$1,375.00
Validation Number: 0047-117401
1000000000-1300-409910-1300000000-999999
999999999
Parcel Number: 16099694
Doc Type: Deeds
Consideration Amount: $275,000.00

Greater Maryland Title, LLC
File No. 652-002035
Tax ID No.: 16-099694

**This Deed**, made this 30? day of March, 2018, by and between **RUTH NOLAN**, GRANTOR, and **LISA GORCZYNSKI** and **GLENN CONKLIN**, GRANTEE.

- **Witnesseth** -

**That for and in consideration** of the sum of **TWO HUNDRED SEVENTY FIVE THOUSAND DOLLARS and 00/100 ($275,000.00)**, which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt whereof is hereby acknowledged, the said Grantor does grant and convey to the said **LISA GORCZYNSKI** and **GLENN CONKLIN**, as joint tenants with rights of survivorship and not as tenants in common, and unto the survivor of them, the survivor's personal representatives, heirs and assigns, in fee simple, all that lot of ground situate in the County of HOWARD, State of Maryland and described as follows, that is to say:

BEING KNOWN AND DESIGNATED Lot No. M-30, as shown on Plat entitled "Columbia Village of Longreach, Section 1, Area 1, Resubdivision of Parcel M, Sheet 1 of 1", which Plat is recorded among the Land Records of Howard County in Plat Book No. 21, folio 74.

For informational purposes only: The improvements thereon are known as 8976 Crosshive Court, Columbia, MD 21045.

Tax ID No.: 16-099694

Being the same property conveyed to Ruth Nolan by virtue of Deed from James H. Nolan and Ruth M. Nolan a/k/a Ruth Nolan, dated September 24, 1993, recorded October 5, 1993, among the Land Records of Howard County, Maryland, in Liber 3004, folio 230..

SUBJECT TO COVENANTS, RESTRICTIONS AND EASEMENTS OF RECORD.

**Together with** the buildings and improvements thereon erected, made or being and all and every, the rights, alleys, ways, waters privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To have and to hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said **LISA GORCZYNSKI** and **GLENN CONKLIN**, as joint tenants with rights of survivorship and not as tenants in common, and unto the survivor of them, the survivor's personal representatives, heirs and assigns, in fee simple.

**And** the GRANTOR hereby covenants that he has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that GRANTOR will warrant specially the property hereby granted; and GRANTOR will execute such further assurances of the same as may be requisite.

**As Witness** the hand and seal of said Grantor, the day and year first above written.

WITNESS:

_____          _____
                                                                                RUTH NOLAN

STATE OF __Maryland__

COUNTY OF __M_____

I hereby certify that on this __30__ day of __March__, 201_8_, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared **RUTH NOLAN,** the Grantor herein, known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged the same for the purposes therein contained, and further acknowledged the foregoing Deed to be his/her/their act, and in my presence signed and sealed the same, giving oath under penalties of perjury that the consideration recited herein is correct.

   IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My commission expires __7/15/21__

THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
Matthew J. Lynch, Attorney

AFTER RECORDING, PLEASE RETURN TO:

**Greater Maryland Title LLC**
**6250 Old Dobbin Lane, Suite 140**
**Columbia, MD 21045**

All Taxes on Assessments certified to the Collector of Taxes for Howard County, Md. by 4/11/18 have been paid. This statement is for the purpose of permitting recordation and is not assurance against further taxation even for prior periods, nor does it guarantee satisfaction of outstanding tax sales.

BOOK: 18127  PAGE: 171

## OWNER OCCUPANCY AFFIDAVIT

**Lisa Gorczynski and Glenn Conklin,** the Grantee(s) in the within Deed hereby certify under the penalties of perjury, as evidenced by the joinder herein, that the land conveyed in this Deed is residentially improved owner-occupied real property and that the residence will be occupied by me/us.

Witness _____    _____
                                    Lisa Gorczynski

Print Witness Name: _Erika Madden_

Witness _____    _____
                                    Glenn Conklin

Print Witness Name: _Erika Madden_

State of _Maryland_

County of _Mont_

On _March 30, 2018_, before me, the undersigned, a Notary Public in and for said state, personally appeared **Lisa Gorczynski and Glenn Conklin,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

_____
Notary Public
My commission expires: 7/15/21

ERIKA MASON MADDEN
NOTARY PUBLIC
MONTGOMERY COUNTY
STATE OF MARYLAND
My Commission Expires 7/15/2021

Greater Maryland Title, LLC   443-365-2943
taMDOwnerOccupancyStatement   File No. 652-002035   Page 1 of 1

| MARYLAND FORM **WH-AR** | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | **2018** |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**
Name of Transferor **Ruth M. Nolan**

**2. Reasons for Exemption**

**Resident Status**   ☒ As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

☐ Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR) 03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence**   ☐ Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

_____           **Ruth M. Nolan**         **Date** 3/30/18
Witness
                                    _____
                                    Signature

**3b. Entity Transferors**

Witness/Attest                      Name of Entity

                                    By

                                    _____        **Date**_____
                                    Name

                                    _____
                                    Title

** Form must be dated to be valid.
NOTE: Form is only valid if recordation occurs within 60 days of execution of this form.
18-49

File No. 652-002035

HOWARD COUNTY CIRCUIT COURT (Land Records) WAR 18127, p. 0172, MSA_CE53_18119. Date available 04/16/2018. Printed 10/08/2025.

BOOK: 18127 PAGE: 173

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City  ☒ County: Howard

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
**(Type or Print in Black Ink Only-All Copies Must Be Legible)**

| 1 | Type(s) of Instruments | (☐ Check Box if Addendum Intake Form is Attached.) |||||
|---|---|---|---|---|---|---|
| | | 1 Deed | Mortgage | Other _____ | Other _____ | |
| | | 2 Deed of Trust | Lease | | | |
| 2 | Conveyance Type Check Box | ☒ Improved Sale Arms-Length(1) | ☐ Unimproved Sale Arms-Length(2) | ☐ Multiple Accounts Arms-Length(3) | ☐ Not an Arms- Length Sale(9) | |
| 3 | Tax Exemptions (if Applicable) Cite or Explain Authority | Recordation | PMDT ||||
| | | State Transfer | Owner Occupied ||||
| | | County Transfer | |||| 

### 4  Consideration and Tax Calculations

| Consideration Amount | | Finance Office Use Only Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $275,000.00 | | |
| Any New Mortgage | $261,250.00 | Transfer Tax Consideration | $ |
| Balance of Existing Mortgage | $ | X ( )% = | $ |
| Other: | $ | Less Exemption Amount - Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration X ( ) per $500 = | $ |
| Full Cash Value | $275,000.00 | TOTAL DUE | $ |

### 5  Fees

| Amount of Fees | Doc 1 | Doc 2 | |
|---|---|---|---|
| Recording Charge | $40.00 | $40.00 | Agent |
| Surcharge | $20.00 | $20.00 | |
| State Recordation Tax | $1,375.00 | $ | Tax Bill |
| State Transfer Tax | $1,375.00 | $ | C B Credit |
| County Transfer Tax | $2,750.00 | $ | |
| Other | $ | $ | Ag Tax/Other |
| Other | $ | $ | |

### 6  Description of Property

SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No.(1) | Grantor Liber/Folio | Map | Parcel No. | Var. Log |
|---|---|---|---|---|---|
| | 1416099694 | 3004/0230 | | | (5) |
| Subdivision Name | | Lot (3a) | Block (3b) | SectAR(3c) | Plat Ref. | SqFt/Acreage(4) |
| 0000 | | M30 | | | | |

Location/Address of Property Being Conveyed (2)
8976 Cross Hive Court, Columbia, MD 21045

Other Property Identifiers (if applicable) | Water Meter Account No.

Residential ☒ or Non-Residential ☐   Fee Simple ☒ Ground Rent ☐ Amount _____
Partial Conveyance ☐ Yes ☒ No   Description/Amt. Of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

### 7  Transferred From

| Doc. 1 - Grantor(s) Name(s) | Doc 2 - Grantor(s) Name(s) |
|---|---|
| Ruth M. Nolan | Lisa Gorczynski and Glenn Conklin |
| Doc 1 - Owner(s) of Record, if Different from Grantor(s) | Doc 2 - Owner(s) of Record, if Different from Grantor(s) |
| | |

### 8  Transferred To

| Doc 1 Grantee(s) Name(s) | Doc 2 - Grantee(s) Name(s) |
|---|---|
| Lisa Gorczynski and Glenn Conklin | William T. Morrison and Philip M. Rudisill, Trustee |

**New Owner's (Grantee) Mailing Address**
8976 Cross Hive Court, Columbia, MD 21045

### 9  Other Names to Be Indexed

| Doc 1 - Additional Names to be indexed (Optional) | Doc 2 - Additional Names to be indexed (Optional) |
|---|---|
| | TowneBank Mortgage |

### 10  Contact/Mail Information

Instrument Submitted By or Contact Person
Name: Erika Madden
Firm: Greater Maryland Title, LLC
Address: 6250 Old Dobbin Lane, Suite 140, Columbia, MD 21045
Phone: 443-365-2943

☒ Return to Contact Person
☐ Hold for Pickup
☒ Return Address Provided

### 11

IMPORTANT *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

Assessment Information
☒ Yes ☐ No  Will the property being conveyed be the grantee's principal residence?
☐ Yes ☒ No  Does transfer include personal property? If yes, identify:
☐ Yes ☒ No  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required)

**Assessment Use Only - Do Not Write Below This Line**

☐ Terminal Verification  ☐ Agricultural  ☐ Whole  ☐ Part  ☐ Tran Process Verification
Transfer Number: _____ Date Received: _____ Deed Reference: _____ Assigned Property No.: _____

| | | | | | | |
|---|---|---|---|---|---|---|
| Year | | | Geo. | | Map | Sub | Block |
| Land | | | Zoning | | Grid | Plat | Lot |
| Buildings | | | Use | | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | | Ex. St. | Ex. Cd. | |

REMARKS:

File No. 652-002035

HOWARD COUNTY CIRCUIT COURT (Land Records) WAR 18127, p. 0173, MSA_CE53_18119. Date available 04/16/2018. Printed 10/08/2025.