CROSS_HIVE_8976
File No. CROSS_HIVE_8976

# APPRAISAL OF



### LOCATED AT:

8976 Crosshive Ct
Columbia, MD 21045

### CLIENT:

Lisa Gorczynski And Glenn Conklin
8976 Cross Hive Ct
Columbia, MD, 21045

### AS OF:

May 20, 2025

### BY:

MIKHAIL BUNICH

Lisa Gorczynski And Glenn Conklin
8976 Cross Hive Ct
Columbia, MD, 21045

File Number:   CROSS_HIVE_8976

In accordance with your request, I have appraised the real property at:

8976 Crosshive Ct
Columbia, MD 21045

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   May 20, 2025   is:

$430,000
Four Hundred Thirty Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

*[signature: Mikhail Bunich]*

MIKHAIL BUNICH

# Residential Appraisal Report

CROSS_HIVE_8976
File No. CROSS_HIVE_8976

## PURPOSE

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

- Client Name/Intended User: Lisa Gorczynski And Glenn Conklin
- E-mail: lisamstanley.13@gmail.com
- Client Address: 8976 Cross Hive Ct
- City: Columbia
- State: MD
- Zip: 21045
- Additional Intended User(s): To be determined by Lisa Gorczynski And Glenn Conklin (at their discretion)
- Intended Use: To estimate the current market value of the property

## SUBJECT

- Property Address: 8976 Crosshive Ct
- City: Columbia
- State: MD
- Zip: 21045
- Owner of Public Record: Lisa Gorczynski And Glenn Conklin
- County: Howard
- Legal Description: Lot A-163 1,263 Sq' 6575 Sweet Fern Vil Owen Brown S1 A1
- Assessor's Parcel #: 16-099694
- Tax Year: 2025
- R.E. Taxes $: 5,056
- Neighborhood Name: Village Owen Brown
- Map Reference: Tax Map:0036
- Census Tract: 6067.04
- Property Rights Appraised: [X] Fee Simple  [ ] Leasehold  [ ] Other (describe)

## SALES HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

- Prior Sale/Transfer: Date 03/30/2018   Price 275,000   Source(s) brightMLS/ M.DAT/ PUBREC.
- Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable): ALL SALES ARE ARMS LENGTH TYPE TRANSACTIONS WITH ADEQUATE MARKET EXPOSURE TIME.

Offerings, options and contracts as of the effective date of the appraisal: The dwelling has not been offered for sale in the last 12 months (per MLS)

## NEIGHBORHOOD

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: [ ] Urban [X] Suburban [ ] Rural | Property Values: [ ] Increasing [X] Stable [ ] Declining | PRICE / AGE | One-Unit 85 % |
| Built-Up: [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply: [ ] Shortage [X] In Balance [ ] Over Supply | $(000) (yrs) | 2-4 Unit 0 % |
| Growth: [ ] Rapid [X] Stable [ ] Slow | Marketing Time: [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | 315 Low 1 | Multi-Family 0 % |
| Neighborhood Boundaries: See Attached Addendum | | 1,190 High 126 | Commercial 5 % |
| | | 569 Pred. 36 | Other vacant 10 % |

Neighborhood Description: THE SUBJECT IS SITUATED IN HOWARD COUNTY, A COMMUNITY KNOWN AS VILLAGE OWEN BROWN. IT IS A DEVELOPED NEIGHBORHOOD WITH MORE SEASONED DWELLINGS. THE SUBJECT PROPERTY HAS TYPICAL SIMILARITY TO OTHER PROPERTIES IN THE MARKET.

Market Conditions (including support for the above conclusions): See Attached Addendum

## SITE

- Dimensions: NO SURVEY AVAIL, LAND AREA
- Area: 1263 sf
- Shape: RECTANGULAR
- View: N;Res;
- Specific Zoning Classification: NT
- Zoning Description: New Town
- Zoning Compliance: [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
- Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No   If No, describe. IT APPEARS THAT THE PRESENT USE OF THE SUBJECT PROPERTY AS IMPROVED RESIDENTIAL IS THE CURRENT HIGHEST AND BEST USE.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] ABOVE GROUND | Water | [X] | [ ] | Street ASPHALT | [X] | [ ] |
| Gas | [X] | [ ] NATURAL GAS | Sanitary Sewer | [X] | [ ] | Alley NONE | [ ] | [ ] |

Site Comments: A site survey was not available to the appraiser. The appraiser utilized the plat that was provided by the Maryland Tax Assessment Office (on line), which encompasses the subject & surrounding neighborhood homes. There did not appear to be any adverse site conditions noted @ the inspection.

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials | INTERIOR materials |
|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls C.BLK/ AVG | Floors HRWD,TILE/AVG |
| # of Stories 2 | [X] Full Basement [ ] Partial Basement | Exterior Walls SIDING/ AVG | Walls DRYWALL/AVG |
| Type [ ] Det. [X] Att. [ ] S-Det./End Unit | Basement Area 247 sq. ft. | Roof Surface COMPOS.SHIN/AVG | Trim/Finish WOOD / AVG |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 100 % | Gutters & Downspouts ALUMINUM / AVG | Bath Floor TILE / AVG |
| Design (Style) AT2;Colonial-IN | [X] Outside Entry/Exit [ ] Sump Pump | Window Type DOUBLE HUNG/AVG | Bath Wainscot TILE / AVG |
| Year Built 1974 | | Storm Sash/Insulated YES/ AVG | Car Storage [ ] None |
| Effective Age (Yrs) 18 | | Screens YES/ AVG | [X] Driveway # of Cars 1 |
| Attic [ ] None | Heating [X] FWA [ ] HW [ ] Radiant | Amenities [ ] WoodStove(s) #0 | Driveway Surface ASPHALT |
| [ ] Drop Stair [ ] Stairs | [ ] Other   Fuel ELEC | [ ] Fireplace(s) # 0  [ ] Fence NONE | [ ] Garage # of Cars 0 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [ ] Patio/Deck NONE  [ ] Porch NONE | [X] Carport # of Cars 1 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool NONE  [ ] Other NONE | [ ] Att. [ ] Det. [ ] Built-in |
| Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [X] Washer/Dryer [ ] Other (describe) | | | |

Finished area **above grade** contains:  6 Rooms  3 Bedrooms  1.1 Bath(s)  1,458 Square Feet of Gross Living Area Above Grade

Additional Features: A PARTIAL LISTING OF SALIENT FEATURES INCLUDES OFF STREET PARKING AND A 1 CAR CARPORT.

Comments on the Improvements: C4;No updates in the prior 15 years;THE SUBJECT IS A 1974 STANDARD DETACHED COLONIAL WITH STANDARD KITCHEN & STANDARD BATHROOM. THE UNIT REFLECTS STANDARD MAINTENANCE AND CARE BEING IN STANDARD PHYSICAL CONDITION. THE MECHANICAL SYSTEMS,FIXTURES AND EQUIPMENT APPEAR ADEQUATE AND FUNCTIONAL.



# Residential Appraisal Report

CROSS_HIVE_8976
File No. CROSS_HIVE_8976

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 8976 Crosshive Ct<br>Columbia, MD 21045 | 8961 Blue Pool<br>Columbia, MD 21045 | | 9002 Blue Pool<br>Columbia, MD 21045 | | 9124 Goldamber Garth<br>Columbia, MD 21045 | |
| Proximity to Subject | | 0.05 miles SW | | 0.07 miles NW | | 0.31 miles SW | |
| Sale Price | $ | $ | 525,000 | $ | 515,000 | $ | 428,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 303.82 sq. ft. | | $ 335.29 sq. ft. | | $ 199.81 sq. ft. | |
| Data Source(s) | | bright MLS#MDHW2042086;DOM 17 | | bright MLS#MDHW2044564;DOM 7 | | bright MLS#MDHW2050342;DOM 13 | |
| Verification Source(s) | | MLS/ M.DAT/ PUBREC./ VISUAL | | MLS/ M.DAT/ PUBREC./ VISUAL | | MLS/ M.DAT/ PUBREC./ VISUAL | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing<br>Concessions | | ArmLth<br>FHA;0 | | ArmLth<br>Conv;0 | | ArmLth<br>Cash;0 | |
| Date of Sale/Time | | s08/24;c08/24 | | s10/24;c09/24 | | s04/25;c03/25 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1263 sf | 8468 sf | 0 | 5173 sf | 0 | 7438 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Colonial | DT2;Colonial | | DT2;Colonial | | DT2;Colonial | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 50 | 52 | 0 | 53 | 0 | 52 | 0 |
| Condition | C4 | C3 | -10,000 | C3 | -10,000 | C4 | |
| Above Grade Room Count | Total 6 / Bdrms. 3 / Baths 1.1 | Total 6 / Bdrms. 3 / Baths 2.1 | -5,000 | Total 7 / Bdrms. 4 / Baths 2.0 | -5,000 / -2,500 | Total 7 / Bdrms. 4 / Baths 2.1 | -5,000 / -5,000 |
| Gross Living Area | 40   1,458 sq. ft. | 1,728 sq. ft. | -10,800 | 1,536 sq. ft. | 0 | 2,142 sq. ft. | -27,360 |
| Basement & Finished<br>Rooms Below Grade | 247sf247sfin<br>1rr0br0.0ba0o | 500sf500sfin<br>1rr0br1.0ba0o | 0<br>-5,000 | 0sf | +2,470<br>+5,000 | 0sf | +2,470<br>+5,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 1cp1dw | 1gd1dw | -1,500 | 1gd1dw | -1,500 | 1cp1dw | |
| Porch/Patio/Deck | None | None | | Lg Patio | -10,000 | PATIO | -5,000 |
| Fireplaces | None | None | | None | | 1 Fireplace | -2,000 |
| FENCE/POOL | None | NONE | | Fence | -5,000 | NONE | |
| STD/UPG/UPD | STD KIT./ BT | Remodeled KIT./BT | -20,000 | Remodeled KIT./BT | -20,000 | STD KIT./ BT | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 52,300 | [ ]+ [X]- $ | 46,530 | [ ]+ [X]- $ | 36,890 |
| Adjusted Sale Price<br>of Comparables | | Net Adj. -10.0%<br>Gross Adj. 10.0% $ | 472,700 | Net Adj. -9.0%<br>Gross Adj. 11.9% $ | 468,470 | Net Adj. -8.6%<br>Gross Adj. 12.1% $ | 391,110 |

Summary of Sales Comparison Approach   See Attached Addendum

## COST APPROACH TO VALUE

Site Value Comments   LAND ALLOCATION; The estimated land value 'may' exceed 30% of appraised value. The land to value ratio is typical of the neighborhood and is in line with assessed values and comparable land sales in the market area. The higher than typical land to value ratio is due to positive locational factors and does not have an adverse impact on the subject's marketability.

ESTIMATED [ ] REPRODUCTION OR [X] REPLACEMENT COST NEW   OPINION OF SITE VALUE ........................ = $ 184,617
Source of cost data   Marshall & Swit and local building cost   Dwelling   1,458 Sq. Ft. @ $ ............ = $ 0
Quality rating from cost service   GOOD   Effective date of cost data   2025   Bsmt: 247   Sq. Ft. @ $ ............ = $ 0
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
Land values are based upon either an analysis of up-to-date tax records,   Garage/Carport   Sq. Ft. @ $ ............ = $
recent land sales with the (expanded) market area and/or allocation/extraction   Total Estimate of Cost-New ............ = $
methods whenever possible. In situations where these common techniques are   Less   60   Physical   Functional   External
not applicable, the appraiser may have used local tax assessment records as   Depreciation   = $ (                    )
the main source of the site value.   Depreciated Cost of Improvements ............ = $
"As-is" Value of Site Improvements ............ = $
INDICATED VALUE BY COST APPROACH ............ = $   0

## INCOME APPROACH TO VALUE

Estimated Monthly Market Rent $   0   X Gross Rent Multiplier   0.00   = $   0   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)   THERE IS INSUFFICIENT RENTAL DATA AVAILABLE TO DETERMINE AN ACCURATE VALUE BY UTILIZING THE INCOME APPROACH.

Indicated Value by:   Sales Comparison Approach $ 430,000   Cost Approach (if developed) $ 0   Income Approach (if developed) $ 0
EMPHASIS IN REACHING A FINAL VALUE OPINION WAS GIVEN TO THE SALES COMPARISON APPROACH WITH SIMILAR AND CURRENT NEIGHBORHOOD MARKET DATE OBTAINED.  THE INCOME APPROACH WAS NOT CONSIDERED DUE TO THE LACK OF SUFFICIENT RENTAL DATA IN DEVELOPING A RELIABLE GRM.  THE COST APPROACH PROVIDES ADDITIONAL VALUE SUPPORT.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,
[ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed   [ ] subject to the following:

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property
that is the subject of this report is $   430,000   as of   05/20/2025   , which is the effective date of this appraisal.



# Residential Appraisal Report

CROSS_HIVE_8976
File No. CROSS_HIVE_8976

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 8976 Crosshive Ct<br>Columbia, MD 21045 | 9013 Flicker Pl<br>Columbia, MD 21045 | | | | | |
| Proximity to Subject | | 0.13 miles SW | | | | | |
| Sale Price | $ | $ | 520,000 | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 286.19 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | bright MLS#MDHW2045824;DOM 10 | | | | | |
| Verification Source(s) | | MLS/ M.DAT/ PUBREC./ VISUAL | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth<br>FHA;0 | | | | | |
| Date of Sale/Time | | s11/24;c10/24 | | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 1263 sf | 7083 sf | 0 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | DT2;Colonial | DT2;Colonial | | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Actual Age | 50 | 51 | 0 | | | | |
| Condition | C4 | C4 | | | | | |
| Above Grade Room Count | Total 6 / Bdrms. 3 / Baths 1.1 | Total 6 / Bdrms. 3 / Baths 2.0 | -2,500 | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Gross Living Area 40 | 1,458 sq. ft. | 1,817 sq. ft. | -14,360 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | 247sf247sfin<br>1rr0br0.0ba0o | 756sf0sfin | 0<br>+5,000 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | | | | |
| Energy Efficient Items | None | None | | | | | |
| Garage/Carport | 1cp1dw | 1cp1dw | | | | | |
| Porch/Patio/Deck | None | Lg Deck | -10,000 | | | | |
| Fireplaces | None | None | | | | | |
| FENCE/POOL | None | Fence | -5,000 | | | | |
| STD/UPG/UPD | STD KIT./ BT | STD KIT./ BT | | | | | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 26,860 | [ ]+ [ ]- $ | | [ ]+ [ ]- $ | |
| Adjusted Sale Price of Comparables | | Net Adj. -5.2%<br>Gross Adj. 7.1% $ | 493,140 | Net Adj. %<br>Gross Adj. % $ | | Net Adj. %<br>Gross Adj. % $ | |

Summary of Sales Comparison Approach



Produced using ACI software, 800.234.8727 www.aciweb.com
Additional Comparables

This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 05/2010
GPAR1004_10 05262010

| Residential Appraisal Report | CROSS_HIVE_8976 |
|---|---|
| | File No. CROSS_HIVE_8976 |

### Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

**Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.**

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions



CROSS_HIVE_8976

# Residential Appraisal Report

File No. CROSS_HIVE_8976

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

**Additional Certifications:**

**Definition of Value:** [X] Market Value    [ ] Other Value:
**Source of Definition:**

**ADDRESS OF THE PROPERTY APPRAISED:**
8976 Crosshive Ct
Columbia, MD 21045
EFFECTIVE DATE OF THE APPRAISAL: 05/20/2025
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 430,000

### APPRAISER

Signature: *Mikhail Bunich*
Name: MIKHAIL BUNICH
State Certification #: 30029137
or License #:
or Other (describe):    State #:
State: MD
Expiration Date of Certification or License: 05/08/2026
Date of Signature and Report: 05/28/2025
Date of Property Viewing: 05/20/2025
Degree of property viewing:
[X] Interior and Exterior    [ ] Exterior Only    [ ] Did not personally view

### SUPERVISORY APPRAISER

Signature:
Name:
State Certification #:
or License #:
State:
Expiration Date of Certification or License:
Date of Signature:
Date of Property Viewing:
Degree of property viewing:
[ ] Interior and Exterior    [ ] Exterior Only    [ ] Did not personally view


Produced using ACI software, 800.234.8727 www.aciweb.com
Page 4 of 4
MARYLAND APPRAISALS
This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 05/2010
GPAR1004_10 05262010

| | |
|---|---|
| Client:  Lisa Gorczynski And Glenn Conklin | File No.:  CROSS_HIVE_8976 |
| Property Address:  8976 Crosshive Ct | Case No.:  CROSS_HIVE_8976 |
| City:  Columbia    State:  MD    Zip:  21045 | |

**Neighborhood Boundaries**
THE NEIGHBORHOOD BOUNDARIES ARE, TO THE NORTH IS RT.29, TO THE SOUTH IS RT.95, TO THE EAST IS RT.100, AND TO THE WEST IS RT.175

**Neighborhood Market Conditions**
VALUES HAVE FOUND STABILITY OVER THE PAST 12 MONTHS WITH A TYPICAL MARKETING PERIOD OF 2-4 MONTHS FOR A COMPETITIVE PRICED LISTING.THE PREVAILING 30 YEAR FIXED RATE RAGES FROM  5.0% TO 7.5%. THE AVERAGE DAYS ON MARKET FOR THE GENERAL NEIGHBORHOOD IS:  12 DAYS. THE LOW  DOM WAS  0 DAYS, THE HIGH WAS  121 DAYS. THE PREDOMINANT VALUE IS HIGHER THAN THE APPRAISED VALUE DUE TO THE FACT THAT THERE ARE MANY HIGHER PRICED HOMES IN THE NEIGHBORHOOD BOUNDARIES THAT BRING THE PREDOMINANT VALUE UP.  THE SUBJECT IS NOT UNDER IMPROVED.

**Comments on Sales Comparison**
THE COMPARABLE SALES USED ARE CONSIDERED THE BEST AVAILABLE INDICATORS OF VALUE WITHIN THE SUBJECTS NEIGHBORHOOD.  ANY VARIANCES IN THE PRICE PER SQUARE FOOT AMONG THE COMPARABLES IS CONSIDERED TYPICAL AND IS DUE PRIMARILY TO DIFFERENCES IN CUSTOMIZATION, DESIGN, AND  AMENITY WITH NO VALUATION IMPACT ON THE SUBJECT PROPERTY. NO CONSIDERATION IS GIVEN FOR ANY POINTS, CLOSING COSTS, OR CONCESSIONS FOR THE SUBJECT AND/OR COMPARABLES. POINTS AND/OR CLOSING COSTS PAID BY THE SELLER ON BEHALF OF THE PURCHASER FOR THE SUBJECT AND THE COMPARABLES ARE COMMON FOR ALL TYPES OF FINANCING IN THIS AREA. THE MARKET AT THIS TIME DOES NOT WARRANT ANY ADJUSTMENTS BETWEEN CONVENTIONAL, FHA, AND VA FINANCING FOR THE SUBJECT OR THE COMPARABLES. ANY UNUSUAL SALES CONCESSIONS ARE ADJUSTED FOR, IF PRESENT.

COMP #1 WAS USED TO ILLUSTRATE A COMP HAVING HIGHER GLA TO BRACKET HIGHER END OF THE MARKET. COMP #2 WAS USED TO ILLUSTRATE A COMP THAT WAS MOST SIMILAR IN GLA TO THE SUBJECT.  COMP #3 WAS USED TO ILLUSTRATE A COMP HAVING SMALLER GLA TO BRACKET THE LOWER END OF THE MARKET.  COMP #4 WAS USED TO ILLUSTRATE ANOTHER COMP TO HELP SUPPORT THE APPRAISED VALUE.  DUE TO A LACK OF DATA, APPRAISER COULD NOT BRACKET THE LOWER AND HIGHER END OF THE MARKET/GLA.

ALTHOUGH COMP 1 AND 2 SOLD OVER SIX MONTHS AGO, THEY ARE STILL DEEMED TO BE A GOOD INDICATION OF VALUE DUE TO THE FUNCTION UTILITY AND PROXIMITY. APPRAISER COULD NOT ISOLATE A COMPARABLE THAT HAD JUST A REC ROOM AND A COMP WITH THE A SIMILAR BEDROOM/BATHROOM COUNT.  AN ADJUSTMENT COULD NOT BE AVOIDED.  THIS DOES NOT DIMINISH THE CREDIBILITY OF THIS APPRAISAL NOR THE APPRAISED VALUE OF THE SUBJECT.

IT WAS DIFFICULT TO AVOID LARGE NET AND GROSS % ADJUSTMENTS DUE TO REQUIRED ADJUSTMENTS.

CONDITION ADJUSTMENTS ARE FOR THE OVERALL CONDITION OF THE SUBJECT AND/OR COMPS.

KITCHEN AND BATH ADJUSTMENTS ARE SPECIFICALLY FOR KITCHEN AND BATHS ADJUSTMENTS OF THE SUBJECT AND/OR COMPS.

TAX MAP NUMBER IS FROM THE SUBJECT'S TAX RECORD.

THE SITE VALUE WAS DERIVED FROM THE RATIO VALUE TO LAND DEVELOPED BY THE ASSESSOR'S VALUE.

ADJUSTMENTS WERE BASED ON PAIRED SALES, RATTERMAN METHOD, THE SENSITIVITY ANALYSIS,  AND MARKET REACTION.

SITE ADJUSTMENTS WERE NOT WARRANTED; THE DIFFERENCE IN SITE BETWEEN THE COMPS WAS SO SMALL THAT AN ADJUSTMENT WAS NOT WARRANTED.

THE APPRAISER ACKNOWLEDGES THAT THERE WAS A 25% GAP BETWEEN THE HIGHEST AND LOWEST COMP.  IN ORDER TO INCORPORATE THE PRACTICE OF "BRACKETING" APPRAISER FOUND THE COMPS THE BEST COMPS AVAILABLE TO BRACKET THE APPRAISAL REPORT.

COMP 3 & 4 WERE GIVEN CONSIDERATION IN THE ANALYSIS BECAUSE THEY APPEAR TO BE MOST SIMILAR IN CONDITION.  COMP 3 IS THE MOST RECENT SALE.  COMP 4 HAS THE SMALLEST ADJUSTMENTS.

THE EXPOSURE TIME OF SUBJECT IS 0-1 MONTHS.

NO SERVICES HAVE BEEN PERFORMED ON THE SUBJECT IN LAST THREE YEARS.

THE SQUARE FOOTAGE-METHOD FOR CALCULATING: ANSI® Z765-2021 - WAS USED FOR MEASURING, CALCULATING AND REPORTING THE GROSS LIVING AND NON-GROSS LIVING AREAS OF THE SUBJECT PROPERTY.

THE ANALYSIS AND RATIONALE USED FOR THE STATED DEVELOPED OPINION OF HIGHEST AND BEST USE IS PHYSICALLY POSSIBLE, LEGALLY PERMISSIBLE, FINANCIALLY FEASIBLE, & MAXIMALLY PRODUCTIVE.

PER THE DATA, IT APPEARS THAT THERE IS A LARGE RANGE OF SALES IN THE SUBJECT'S MARKET.

**FLOORPLAN SKETCH**

| | |
|---|---|
| Client: Lisa Gorczynski And Glenn Conklin | File No.: CROSS_HIVE_8976 |
| Property Address: 8976 Crosshive Ct | Case No.: CROSS_HIVE_8976 |
| City: Columbia | State: MD    Zip: 21045 |



Sketch

First Floor [Area: 729 ft²] — Kitchen, Dining RM, .5 BT, Living Room (23', 14', 22', 13', 19', 21')

Second Floor [Area: 729 ft²] — Bathroom, Bedroom, Bedroom, Bedroom (23', 14', 22', 13', 19', 21')

Basement [Area: 247 ft²] — Rec Room (19', 13')

12 ft

**Area Calculation**

| Living Area | | |
|---|---|---|
| First Floor | 729 ft² | |
| Second Floor | 729.00 ft² | |
| **Nonliving Area** | | |
| Basement | 247 ft² | |
| **Total Living Area (rounded):** | **1458 ft²** | |

| First Floor | | | | x 1.00 = 729 ft² |
|---|---|---|---|---|
| 14' x | 23' x | 1.00 = | | 322 ft² |
| 1' x | 8' x | 1.00 = | | 8 ft² |
| 19' x | 21' x | 1.00 = | | 399 ft² |
| Second Floor | | | | x 1.00 = 729.00 ft² |
| 14' x | 23' x | 1.00 = | | 322 ft² |
| 1' x | 8' x | 1.00 = | | 8.00 ft² |
| 19' x | 21' x | 1.00 = | | 399.00 ft² |

## LOCATION MAP

| Client: Lisa Gorczynski And Glenn Conklin | File No.: CROSS_HIVE_8976 |
|---|---|
| Property Address: 8976 Crosshive Ct | Case No.: CROSS_HIVE_8976 |
| City: Columbia | State: MD | Zip: 21045 |



**PLAT MAP**

| | |
|---|---|
| Client: Lisa Gorczynski And Glenn Conklin | File No.: CROSS_HIVE_8976 |
| Property Address: 8976 Crosshive Ct | Case No.: CROSS_HIVE_8976 |
| City: Columbia    State: MD | Zip: 21045 |



| | |
|---|---|
| Client: Lisa Gorczynski And Glenn Conklin | File No.: CROSS_HIVE_8976 |
| Property Address: 8976 Crosshive Ct | Case No.: CROSS_HIVE_8976 |
| City: Columbia | State: MD  Zip: 21045 |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: May 20, 2025
Appraised Value: $ 430,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**

| | |
|---|---|
| Client: Lisa Gorczynski And Glenn Conklin | File No.: CROSS_HIVE_8976 |
| Property Address: 8976 Crosshive Ct | Case No.: CROSS_HIVE_8976 |
| City: Columbia | State: MD  Zip: 21045 |



KITCHEN



LIVING ROOM



DINING ROOM



.5 BATHROOM



BATHROOM



BEDROOM

| Client: Lisa Gorczynski And Glenn Conklin | File No.: CROSS_HIVE_8976 |
|---|---|
| Property Address: 8976 Crosshive Ct | Case No.: CROSS_HIVE_8976 |
| City: Columbia    State: MD | Zip: 21045 |



BEDROOM



BEDROOM



REC ROOM



COMPARABLE PROPERTY PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Client: Lisa Gorczynski And Glenn Conklin | File No.: CROSS_HIVE_8976 |
| Property Address: 8976 Crosshive Ct | Case No.: CROSS_HIVE_8976 |
| City: Columbia    State: MD | Zip: 21045 |



### COMPARABLE SALE #1

8961 Blue Pool  
Columbia, MD 21045  
Sale Date: s08/24;c08/24  
Sale Price: $ 525,000



### COMPARABLE SALE #2

9002 Blue Pool  
Columbia, MD 21045  
Sale Date: s10/24;c09/24  
Sale Price: $ 515,000



### COMPARABLE SALE #3

9124 Goldamber Garth  
Columbia, MD 21045  
Sale Date: s04/25;c03/25  
Sale Price: $ 428,000

| | | | |
|---|---|---|---|
| Client: | Lisa Gorczynski And Glenn Conklin | File No.: | CROSS_HIVE_8976 |
| Property Address: | 8976 Crosshive Ct | Case No.: | CROSS_HIVE_8976 |
| City: Columbia | | State: MD | Zip: 21045 |

## COMPARABLE PROPERTY PHOTOGRAPH ADDENDUM



**COMPARABLE SALE #4**

9013 Flicker Pl
Columbia, MD 21045
Sale Date: s11/24;c10/24
Sale Price: $ 520,000

**COMPARABLE SALE #5**

Sale Date:
Sale Price: $

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

| | |
|---|---|
| Client: Lisa Gorczynski And Glenn Conklin | File No.: CROSS_HIVE_8976 |
| Property Address: 8976 Crosshive Ct | Case No.: CROSS_HIVE_8976 |
| City: Columbia | State: MD   Zip: 21045 |



**Aspen American Insurance Company**
Insurer (Referred to below as the "Company")
499 Washington Boulevard, 8th Floor
Jersey City, NJ 07310



**LIA Administrators & Insurance Services**
Company's Program Administrator:
LIA Administrators & Insurance Services
1600 Anacapa Street
Santa Barbara, CA 93108
800-334-0652

## APPRAISAL, VALUATION AND PROPERTY SERVICES
## PROFESSIONAL LIABILITY INSURANCE POLICY

### DECLARATIONS

Date Issued: 4/21/2025       Policy Number: AAI011613-02       Previous Policy Number: AAI011613-01

THIS IS A **CLAIMS** MADE AND REPORTED POLICY. COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE **CLAIMS** THAT ARE FIRST MADE AGAINST THE **INSURED** DURING THE **POLICY PERIOD** AND THEN REPORTED TO THE COMPANY IN WRITING NO LATER THAN SIXTY (60) DAYS AFTER EXPIRATION OR TERMINATION OF THIS POLICY, OR DURING THE **EXTENDED REPORTING PERIOD**, IF APPLICABLE, FOR A **WRONGFUL ACT** COMMITTED ON OR AFTER THE **RETROACTIVE DATE** AND BEFORE THE END OF THE **POLICY PERIOD**. PLEASE READ THE POLICY CAREFULLY.

1. Customer ID: 172695
   Named Insured:
   MARYLAND APPRAISALS, INC
   EZ Home Lister Realty Inc
   Mikhail Bunich
   6303 Pimlico Road
   Baltimore, MD 21209

2. Policy Period: From: 05/18/2025   To: 05/18/2026
   12:01 A.M. Standard Time at the address stated in 1 above.

3. Deductible: $1000       Each Claim

4. Retroactive Date: 05/18/2024

5. Inception Date: 05/18/2024

6. Limits of Liability:   A. $1,000,000   Each Claim
                          B. $1,000,000   Aggregate

7. Covered Professional Services (as defined in the Policy and/or by Endorsement):

   | | Yes | No | |
   |---|---|---|---|
   | Real Estate Appraisal and Valuation: | X | | |
   | Residential Property: | X | | |
   | Commercial Property: | | X | |
   | Bodily Injury and Property Damage Caused During Appraisal Inspection ($100,000 Sub-Limit): | X | | (If "yes", added by endorsement) |
   | Right of Way Agent and Relocation: | | X | |
   | Machinery and Equipment Valuation: | | X | |
   | Personal Property Appraisal: | | | X (If "yes", added by endorsement) |
   | Real Estate Sales/Brokerage: | X | | (If "yes", added by endorsement) |

8. Report **Claims** to: LIA Administrators & Insurance Services, 800-334-0652, P.O. Box 1319, 1600 Anacapa Street, Santa Barbara, CA 93102-1319

9. Annual Premium:   $962.00

10. Forms attached at issue:   LIA002 (04/19) LIA MD (05/19) LIA012 (06/22) LIA018 (05/19) LIA023 (05/19) LIA122 (05/19) LIA140 (05/19) LIA144 (05/19) LIA164 (05/19) LIA169 (12/21)

This Declarations page, together with the completed and signed Policy Application including all attachments and thereto, and the Policy shall constitute the contract between the Named **Insured** and the Company.

04/21/2025                                 By _____
Date                                              Authorized Representative

LIA001 (05/22)                                    Page 1 of 1

| | |
|---|---|
| Client: Lisa Gorczynski And Glenn Conklin | File No.: CROSS_HIVE_8976 |
| Property Address: 8976 Crosshive Ct | Case No.: CROSS_HIVE_8976 |
| City: Columbia  State: MD | Zip: 21045 |



## AERIAL MAP

| Client: Lisa Gorczynski And Glenn Conklin | File No.: CROSS_HIVE_8976 |
|---|---|
| Property Address: 8976 Crosshive Ct | Case No.: CROSS_HIVE_8976 |
| City: Columbia | State: MD | Zip: 21045 |



# Appraiser Independence Certification

CROSS_HIVE_8976
File No.: CROSS_HIVE_8976

| | |
|---|---|
| Borrower: | Lisa Gorczynski And Glenn Conklin |
| Property Address: | 8976 Crosshive Ct |
| City: | Columbia |
| County: | Howard |
| State: | MD |
| Zip Code: | 21045 |
| Lender/Client: | Lisa Gorczynski And Glenn Conklin |

I do hereby certify, I have followed the appraiser independence safeguards in compliance with Appraisal Independence and any applicable state laws I may be required to comply with. This includes but is not limited to the following:

- I am currently licensed and/or certified by the state in which the property to be appraised is located. My license is the appropriate license for the appraisal assignment(s) and is reflected on the appraisal report.
- I certify that there have been no sanctions against me for any reason that would impair my ability to perform appraisals pursuant to the required guidelines.

I assert that no employee, director, officer, or agent of the Lender/Client, or any other third party acting as joint venture partner, independent contractor, appraisal company, appraisal management company, or partner on behalf of the Lender/Client, influenced or attempted to influence the development, reporting, result, or review of the appraisal through coercion, extortion, collusion, compensation, inducement, intimidation, bribery, or in any other manner.

I further assert that the Lender/Client has never participated in any of the following prohibited behavior in our business relationship:

1. Withholding or threatening to withhold timely payment or partial payment for the appraisal report;
2. Withholding or threatening to withhold future business, or demoting or terminating, or threatening to demote or terminate my services;
3. Expressly or implicitly promising future business, promotions, or increased compensation for my services;
4. Conditioning the ordering of the appraisal report or the payment of the appraisal fee or salary or bonus on my opinion, conclusion or valuation reached, or on a preliminary value estimate requested;
5. Requesting an estimated, predetermined, or desired valuation in the appraisal report, prior to the completion of the appraisal report, or requesting estimated values or comparable sales at any time prior to the completion of the appraisal report;
6. Providing an anticipated, estimated, encouraged or desired value for the subject property, or a proposed or target amount to be loaned to the Borrower, except that a copy of the sales contract may have been provided if the assignment was for a purchase transaction;
7. Providing stock or other financial or non-financial benefits to me or any entity or person related to me, my appraisal or appraisal management company, if applicable;
8. Any other act or practice that impairs or attempts to impair my independence, objectivity or impartiality, or violates law or regulation, including but not limited to, the Truth in Lending Act (TILA) and Regulation Z, or the Uniform Standards of Professional Appraisal Practice (USPAP).

Additional Comments:

**APPRAISER:**
Signature: *Mikhail Bunich*
Name: MIKHAIL BUNICH
Date Signed: 05/28/2025
State Certification #: 30029137
or State License #:
or Other (describe):　State #:
State: MD
Expiration Date of Certification or License: 05/08/2026

**SUPERVISORY APPRAISER (only if required):**
Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License: